Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **GARY GEISERT,** | ) Case No. 1:16-cv-00254-MEH |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO** |
| | ) **DISMISS WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **JOSEPH, MANN & CREED,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

   NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

   Respectfully submitted this 25th day of March, 2016

   By: s/Todd M. Friedman, Esq.
        TODD M. FRIEDMAN
        Attorney for Plaintiff

   By: s/Steven J. Wienczkowski
        STEVEN J. WIENCZKOWSKI
        Attorney for Defendant

1 | Filed electronically on this 25th day of March, 2016, with:

2 | United States District Court CM/ECF system

3

4 | Notification sent electronically via the Court's ECF system to:

5 | Honorable Judge Michael E. Hegarty
United States District Court
6 | District of Colorado

7

8 | Steven J. Wienczkowski
Adam L. Plotkin, P.C.

9

10

11 | This 25th day of March, 2016.
s/Todd M. Friedman
12 | TODD M. FRIEDMAN