IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00254-MEH

GARY GEISERT,

    Plaintiff,

v.

JOSEPH, MANN & CREED,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is a Joint Stipulation to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed March 25, 2016; docket #14]. The Court finds the Stipulation and terms of the dismissal proper. Thus, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 28th day of March, 2016.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge